THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>) <br>v.         )<br>)<br>MICHAEL JACKSON       )<br>_____) | Cr. No. 05-189 (JDB) |

## ORDER

_____Upon consideration of Defendant's Motion to Suppress Evidence and Statements and the response thereto, it is by the Court hereby

ORDERED that the motion is GRANTED, that all evidence seized as a result of Mr. Jackson's arrest is SUPPRESSED and that all statements made by Mr. Jackson following his arrest are SUPPRESSED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Wanda Dixon, AUSA
Lara G. Quint, AFPD