THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MICHAEL JACKSON ) <br> ) | Cr. No. 05-189 (JDB) |

**ORDER**

_____Upon consideration of the Government's Motion to Admit Evidence of Prior Convictions Pursuant to Fed. R. Crim. P. 609 and Defendant's Motion to Exclude use of Prior Convictions, it is by the Court hereby

ORDERED that the Government's motion is DENIED and that the Defendant's motion is GRANTED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:


Copies to:
Wanda Dixon, AUSA
Lara G. Quint, AFPD