# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.: 05-189(JDB)** |
| | : | |
| **MICHAEL JACKSON and** | : | |
| **MONICA MASON,** | : | |
| | : | |
| **Defendant.** | : | |
| | | **ORDER** |

Based upon the government's response to the defendants' Motion to Suppress Evidence

and Statements, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, the defense motion should hereby be DENIED.


_____

JOHN D. BATES
United States District Judge