THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 05-189 (JDB) |
| v. | ) | |
| | ) | |
| MICHAEL JACKSON | ) | |
| | ) | |

**ORDER**

_____Upon consideration of Defendant's Unopposed Motion to Continue Motions Hearing, it is by the Court hereby

ORDERED that the motion is GRANTED and that the motions hearing currently scheduled for September 1, 2005 at 9:30 a.m. is continued until _____, 2005.

_____

THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Wanda Dixon, AUSA
Manuel Retureta, Esq.
Lara G. Quint, AFPD