# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 05-189(JDB) |
| | : | |
| **MICHAEL JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |
| | | **ORDER** |

Based upon the government's motion for leave to modify its opposition to the defendants' motion to suppress evidence and statements and any oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, the government may modify its opposition to the defendants' motions as indicated in its motion.

_____
JOHN D. BATES
United States District Judge