UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-189 (JDB) |
| v. | : | |
| MICHAEL JACKSON | : | |

**FILED**

SEP 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FACTUAL PROFFER

On March 8, 2005, at approximately 9:40pm, officers from the Metropolitan Police Department (hereinafter MPD) were called by the District of Columbia Housing Police to respond to the area in front of ＿＿＿＿＿＿＿＿＿＿, DC, for a report of a vehicle occupied by two people with a gun. Mr. Jackson had been observed inside the vehicle holding the weapon, and then putting it into a black bag. MPD Officers arrived on the scene, and saw the two defendants, Michael Jackson and Monica Mason sitting in a blue Honda Accord station wagon with DC temporary tags drinking from clear plastic cups that bore the odor and color of an alcoholic beverage. Both defendants were placed under arrest for possession of an open alcoholic beverage container. Search incident to the arrest revealed the black bag in the front seat behind Ms. Mason, which contained a silver and brown Smith & Wesson .41 caliber Magnum revolver model 57, Serial Number N748231, which had been stolen from Martinsburg, West Virginia. The weapon was loaded with 6 .41 REM Live full metal jackets hollow point copper and gold rounds in the cylinder.

After the gun was located, while the officers were talking among themselves about the discovery of the weapon, Mr. Jackson spontaneously stated words to the effect of " "I just got shot; I just got shot in September. I be scared as shit, I stayed scared. People shot me and killed my aunt."

### DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Lara Quint, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made

to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 9/21/05        *Michael Jackson*
                     Michael Jackson

### ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 9/21/05        *[signature]*
                     Lara Quint, Esquire
                     Attorney for Michael Jackson