THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            )<br>v.          )<br>            )<br>MICHAEL JACKSON    )<br>_____) | Cr. No. 05-189 (JDB) |

**ORDER**

Upon consideration of defendant's Motion to Continue Sentencing, it is by the Court hereby

ORDERED that the motion is GRANTED, that the sentencing hearing scheduled for 2:00 p.m. on December 16, 2005 is VACATED and that sentencing is continued until _____, 2006.

SO ORDERED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Wanda Dixon, AUSA
Lara G. Quint, AFPD