HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

FEB 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-189-01</u> |
|---|---|---|
| vs. | : | |
| JACKSON, Michael | : | Disclosure Date: <u>November 7, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ✓ ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _11-14-05_____
**Prosecuting Attorney**                                    Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.
(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____  _____  _____
**Defendant**            Date          **Defense Counsel**      Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 22, 2005**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer